

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number __3:13CV307__
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I.  **PARTIES**

A.  Plaintiff:

1.  (a) __MARYBETTINA CAMERON__  (b) __129523__
        (Name)                          (Inmate number)

    (c) __Peninsula Regional Jail__
        (Address)

    __9320 Merrimac Trail, Williamsburg, VA 23185__

Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B.  Defendant(s):

1.  (a) __D. Combs (first name unknown)__  (b) __"Director of Medical"__
        (Name)                                  (Title/Job Description)
                                                __Head of Jailhouse Clinic__

    (c) __Peninsula Regional Jail__
        (Address)

    __9320 Merrimac Trail, W'burg VA 23185__

2. (a) _Cathy Ritcci AKA_ (Cathy Ritchie)   (b) _Psychiatric Care_ Facilitator
   (Name)                                      (Title/Job Description)

   (c) _Colonial Behavioral Health Svcs_
   (Address) _1657 Merrimac Trail_
   _Williamsburg, VA 23185_

3. (a) _Major Eaves_   (b) _Director of Security_
   (Name)              (Title/Job Description)

   (c) _VA Peninsula Regional Jail_
   (Address) _9320 Merrimac Trail_
   _Williamsburg, VA 23185_

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Date lawsuit filed: _____

   4. Docket number: _____

3

5. Name of Judge to whom case was assigned: _____/_____

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) : _____/_____

### III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place: _____
Peninsula Regional Jail in James City County, VA

B. Does the institution listed in "A" have a grievance procedure? Yes [✓] No [ ]

C. If your answer to "B" is Yes:

1. Did you file a grievance based on this complaint? Yes [✓] No [ ] *many*

2. If so, where and when: too many too count. I was eventually chided for filing "repetitive complaints"

3. What was the result? Grievances were written off, along w/ the comments that the issues at hand weren't even grievable

4. Did you appeal? Yes [✓] No [ ]

5. Result of appeal: It wasn't a grievable matters to begin with, much less appealable ones so I was advised

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [ ]

If your answer is Yes, what steps did you take? _____N/A_____

E. If your answer is No, explain why you did not submit your complaint to the prison authorities:

N/A

4

IV.   STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

I'm sorry; I've no idea which the constitutional amendments or their #'s might be - I'm a female w/a neurological disability + suffer from severe + crippling anxiety + depression that has previously rendered me suicidal in both thought + deed. I am informed that I've <extreme behavior problems> + I agree I'm not like most other individuals my age. I've such a hard time just *functioning* that I'm unlike my peers in almost every way. I'm not insane, but do require psychotropic meds to properly function. I've suffered greatly, b/c instead of providing me w/psych care + medicine, I was locked away in total isolation; segregated + unserviced. When I was unable to meet standards of "acceptable inmate conduct", I was punished via the withholding of such life-essential products such as food and water and of necessary feminine hygiene supplies such as were needed on my monthly cycle, leaving me in a state of bleeding upon myself for several days at a time. The person refusing to provide me with mental health services is one Cathy Ritchie and the person responsible for my segregation + withholding of basic survival items was Combs who had received approval from Eaves to deny me those necessities.

5

V. **RELIEF**

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _MBC_ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

✓ Award money damages in the amount of $ _100,000_

✓ Grant injunctive relief by _Ordering for the provision of necessary hygiene supplies, food + meds._

✓ Other _Issue an order directing the jails_

VI. **PLACES OF INCARCERATION**

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Peninsula Regional Jail only._

VII. **CONSENT**

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge:** Yes [✓] No [ ]. You may consent at any time; however, an early consent is encouraged.

VIII. **SIGNATURE**

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _30th_ day of _April_, 20_13_.

Plaintiff _[signature]_

6