

MARY BETTINA HURLEY CAMERON
129523 104.A1
[...] CRIMINAL JAIL

RECEIVED
MAY -9
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

LEGAL DOCUMENT ENC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VA
701 East Broad Street
Suite No 3000
Richmond, VA 23219-3528

013349



VA. PENINSULA REGIONAL JAIL
9320 MERRIMAC TRAIL

MAY 0 7 2013

WILLIAMSBURG, VA.
23185-8784