7-18-2013

Dear The Judge of the District Court:

F I L E D
JUL 25 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

I was unexpectedly released from the Peninsula Regional Jail after serving only ½ my sentence. I am *not* subject to re-incarceration b/c my case that was the basis for my charges there was resolved in court.

Now: I wish to immediately proceed w/ my civil rights action against the jail.

Because I got evicted from my residence while locked up: I'm staying in a weekly hotel in Chesapeake.

Please send me the new updated court date - as well as any forms & pleadings to here. This is my temporary home for right now.

Very Respectfully,

*M Cameron*

MARY BETTINA
HURLEY CAMERON


"Studios 4 Less"
2424 Gum Rd #213
Chesapeake, VA 23321

3:13 CV 252, 3:13 CV 253
3:13 CV 307



RECEIVED
JUL 25
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

*CLERK'S OFFICE*
*VA/RS INSPD*

US District Court
Federal Courthouse
701 Broad Street
Richmond VA 23219

NORFOLK VA 233
HAMPTON ROADS
22 JUL 2013 PM 2 L

MARY BETTINA CAMERON
2424 Gum Rd #213
P) PK, VA 23321