

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY BETTINA HURLEY CAMERON,

    Plaintiff,

v.                            Civil Action No. 3:13CV307

D. COMBS, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on December 20, 2013, the Court informed Mary Bettina Hurley Cameron that she must provide the Court with a current address within fifteen (15) days of the date of entry thereof if she wished to continue to litigate this action. More than fifteen (15) days have elapsed since the entry of the December 20, 2013 Memorandum Order and Cameron has not responded. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Cameron.

                                        /s/    REP
                              Robert E. Payne
Date: February 17, 2014    Senior United States District Judge
Richmond, Virginia