IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
FEB 18 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MARY BETTINA HURLEY CAMERON,

    Plaintiff,

v.                                    Civil Action No. 3:13CV307

D. COMBS, et al.,

    Defendants.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ordered that the action is dismissed without prejudice.

Should Cameron desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Order to Cameron.

It is so ORDERED.

                                              /s/     REP
                                       Robert E. Payne

Date: February 17, 2014     Senior United States District Judge
Richmond, Virginia